```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Adams,

                Plaintiff,

-against-

Gmart NY 2022 LLC and
La Sandwicherie Chelsea LLC,

                Defendants.

24 Civ. 7982 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for May 5, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge